UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROCKWOOD VENTURES LLC, | No. 2:19-cv-02482-KJM-EFB |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| SHARON DALTON and DOES 1-50, | |
| Defendants. | |

On December 12, 2019, defendant Sharon Dalton, proceeding pro se, removed this unlawful detainer action from San Joaquin County Superior Court. ECF No. 1. On December 16, 2019, plaintiff Rockwood Ventures LLC filed an ex parte Motion to Remand. ECF No. 3.

A defendant must file a notice of removal within 30 days after the defendant receives a copy of the state court complaint or is served, whichever occurs first. 28 U.S.C. § 1446(b)(1). The burden of demonstrating compliance with this procedural requirement is on the removing defendant. *Riggs v. Plaid Pantries, Inc.*, 233 F. Supp. 2d 1260, 1264 (D. Ore. 2001). Defendant does not address the timeliness of her removal in the Notice of Removal, ECF No. 1, nor does she offer evidence showing when she was first served with plaintiff's complaint, *id.* However, as part of its motion to remand, plaintiff has attached a state-court proof of service that indicates defendant was personally served with the complaint on October 1, 2019. Declaration of
/////

| | |
|---|---|
| 1 | Edward T. Weber, Ex. C, ECF No. 3-3. Thus, it appears the December 12, 2019 removal is |
| 2 | untimely. |
| 3 | Accordingly, the court remands the case to San Joaquin County Superior Court for |
| 4 | further proceedings. |
| 5 | IT IS SO ORDERED |
| 6 | DATED: January 3, 2020. |

_____
UNITED STATES DISTRICT JUDGE